# Exhibit B

**Tayah Woodard**

| | |
|---|---|
| **From:** | Madelynne Boykin <mr@madelynneross.com> |
| **Sent:** | Friday, May 6, 2022 3:30 PM |
| **To:** | Tayah Woodard |
| **Subject:** | Fwd: Madelynne Partnership w/ Kreyol Essence |



Bites and Bevs | Madelynne Boykin
404.759.7933 | BitesandBevsMedia.com
@BitesandBevsMedia

---------- Forwarded message ---------
From: **Partnerships | Kreyòl Essence** <partnerships@kreyolessence.com>
Date: Wed, Oct 16, 2019 at 6:54 AM
Subject: Re: Madelynne Partnership w/ Kreyol Essence
To: Madelynne Ross <mr@madelynneross.com>

Hi Madelynne,

Thanks for your patience. I spoke to the team and we are able to offer $300 for an in-feed photo and video. Are you willing to work with us on the rate? We're looking for a long term partnership so if this works out, we'd be looking to work with you more in the upcoming months.

Hope to work something out!
Sam

Get Outlook for iOS

---

**From:** Madelynne Ross <mr@madelynneross.com>
**Sent:** Sunday, October 6, 2019 11:12:43 AM
**To:** Partnerships | Kreyòl Essence <partnerships@kreyolessence.com>
**Subject:** Re: Madelynne Partnership w/ Kreyol Essence

Thanks for the update!

1845 Piedmont Ave NE apt 462
Atlanta GA 30324

M | R
Madelynne Ross

1

404.759.7933 | MadelynneRoss.com
@BitesandBevsATL @MadelynneRoss


On Thu, Oct 3, 2019 at 4:07 PM Partnerships | Kreyòl Essence <partnerships@kreyolessence.com> wrote:
Hi! Just wanted to give you an update. We're still working on the budget. I should have confirmation soon. In the meantime, can you provide us with your mailing address so we can have it on hand when we have agreed on the terms?

Get Outlook for iOS

**From:** Madelynne Ross <mr@madelynneross.com>
**Sent:** Thursday, September 26, 2019 4:40:56 PM
**To:** Partnerships | Kreyòl Essence <partnerships@kreyolessence.com>
**Subject:** Re: Madelynne Partnership w/ Kreyol Essence

Ok sounds good!

M | R

404.759.7933 | MadelynneRoss.com
@BitesandBevsATL @MadelynneRoss

Sent from my iPhone

On Sep 26, 2019, at 5:45 PM, Partnerships | Kreyòl Essence <partnerships@kreyolessence.com> wrote:

Thanks Madelynne! I will run this by the team and circle back. Stand by.

Get Outlook for iOS

**From:** Madelynne Ross <mr@madelynneross.com>
**Sent:** Monday, September 23, 2019 8:57:10 AM
**To:** Kreyòl Essence | Partnerships <partnerships@kreyolessence.com>
**Subject:** Re: Madelynne Partnership w/ Kreyol Essence

Hi Samantha,

I would love to be a part of this! My hair and skin tend to be on the drier side so I could actually relate when speaking to its properties on my post. I usually do videos for $275 and posts for $150 stories for $50 for 2-3frames. If you want video and a post I can do it for $350 or everything for $375. Let me know if this works for you!


M | R
Madelynne Ross
404.759.7933 | MadelynneRoss.com
@BitesandBevsATL @MadelynneRoss

On Sun, Sep 22, 2019 at 12:15 PM Kreyòl Essence | Partnerships <partnerships@kreyolessence.com>
wrote:

Hi Madelynne,

My name is Samantha and I am part of the team at Kreyol Essence looking to partner with inspiring people like you to provide healthy and ethical beauty products that work for the consumer and create work for women and farmers in Haiti. We've been following you on IG and think we have similar values.

Kreyol Essence brings 100% natural hair, skin and body products from Haiti to the world. Our eco-friendly formulations are made specifically for those with dry hair, skin, and curly  hair. Kreyol Essence is known for its signature oils: Haitian Black Castor Oils and Haitian Moringa Oil and customers are gushing over the company's shampoo, conditioner, body products and more.

You can learn more about Kreyol Essence at https://link.edgepilot.com/s/30831cf6/K7uZUvr4-0OA-wFddfbUuQ?u=http://www.kreyolessence.com/. If you are interested in exploring a partnership, please let us know your Instagram rate for in-feed stills and videos.

Best,
Samantha

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.