# Exhibit C

# BLEUM

## Influencer Term Sheet

This Term Sheet ("**Term Sheet**"), dated 10 / 23 / 2019 together with the Influencer Standard Terms and Conditions (available here and incorporated herein by reference) and Appendix A (attached hereto and incorporated herein by reference) shall form the Influencer Agreement ("**Agreement**") between Bleum Creative ("**Agency**") and Madelynne Ross ("**Influencer**") in respect of the Campaign.

Madelynne Ross

| | | | | |
|---|---|---|---|---|
| 1. | **INFLUENCER** | Full Name: Madelynne Ross | | |
| 2. | **INFLUENCER CONTACT INFORMATION** | Instagram: madelynneross <br> Email: mr@madelynneross.com <br> Address: 1845 Piedmont ave ne apt 462 atl ga 30324 <br> Phone: 4047597933 | | |
| 3. | **CLIENT** | Kreyol Essence ("**Client**") | 4. **CAMPAIGN** | 4.1. **Campaign Name:** Kreyol Essence's #KEOil Campaign ("**Campaign**") <br> 4.2. **Campaign Term:** September 1, 2019, ("**Campaign Start Date**") - December 1, 2019 ("**Campaign End Date**") <br> 4.3. Agency reserves the right, at its discretion, to change the Campaign Start and End Dates. |
| 5. | **SERVICES** | Influencer shall provide the following Services: <br>● Plan, arrange and execute the production of each Deliverable in accordance with this Agreement and the Influencer Brief; <br>　○ Where applicable, engage and/or contract with a photographer, and any other relevant third parties for the production of each Deliverable. <br>● If requested, carry out any and all edits or changes to the Deliverable(s) or any and all reshoots of the Deliverable(s) requested by Agency and send the edited Deliverable(s) or reshot Deliverable(s) within the time frame requested by Agency; <br>● Publish the version of the Deliverable(s) (including, where applicable, caption(s)) as approved by Agency and Client in writing on the Platform(s) with the frequency and on the Publication Date(s) (as provided in Influencer Brief) as set out in this Term Sheet or otherwise notified to Influencer by Agency; and <br>● Provide Agency with the necessary content, metrics, analytics and insights available on each applicable Platform to measure performance and market penetration of the Deliverable(s). | | |
| 6. | **DELIVERABLES** | 6.1. Influencer shall create, produce and publish the content listed in the Influencer Brief ("**Deliverable(s)**") in accordance with the terms and conditions of this Agreement and the Influencer Brief as follows: <br>　6.1.1. Before and after content: Photo and/or video must show hair or skin before product use and after product use. Examples provided in Influencer Brief. <br>　　Content Deliverables: 1x Instagram Photo + 1x Instagram Video <br>6.2. The Deliverable(s) must stay public on Influencer's Instagram channel for a minimum of twelve (12) months from the date on which the relevant Deliverable has been published. Removing the | | |

Doc ID: c62a139f86c8572e8e29b8f80c549edc7ca384b4

| | | |
|---|---|---|
| | | Deliverable(s) from the Platforms shall constitute a material breach of this Agreement.<br><br>6.3.  Agency or Client reserves the right, at its discretion, to change the Delivery and the Publication Date(s).<br><br>6.4.  In addition to any right of termination of this Agreement provided herein and notwithstanding any other term and without affecting any other right or remedy available to it, Agency reserves the right to terminate this Agreement for the Influencer's late delivery or publication or failure to produce the Deliverable(s) in accordance with the Influencer Brief. |
| 7. | GRANT OF RIGHTS | 8.1. Client is and will be the sole and exclusive owner of all right, title and interest in and to the Deliverable(s), including all copyrights and other Intellectual Property Rights therein.<br><br>8.2. Influencer hereby assigns, transfers or otherwise conveys to Client, irrevocably and in perpetuity, throughout the universe, all right, title and interest in and to the Deliverable(s), including all copyrights and other Intellectual Property Rights therein.<br><br>    8.2.1. Client hereby grants Influencer a worldwide, limited, perpetual, non-exclusive license to use the final approved version of the Deliverable(s) on his/her social media channels, portfolio or personal websites and to reproduce, distribute copies of, display publicly, and create derivatives of the Deliverables for the sole purpose of professional advancement.<br><br>8.3. Influencer grants to Client, a worldwide, exclusive, perpetual, fully paid-up and royalty-free, freely sublicensable and transferable right and license to use the Influencer Brand featured in the Deliverable(s) in all and any media, for the purposes of publicizing Influencer's involvement in the Campaign and for Client's and Agency's internal portfolio, archival or reference purposes, business to business promotion, and use at trade and industry conferences. |
| 8. | EXCLUSIVITY | 8.1.  **Pre- and Post- Publishing of Content.** Influencer shall not promote any content on his/her social media account(s), website(s) or in any media associated with him/her relating to **competing client or brand product a minimum of 5 business days before or after each Deliverable** is published.<br><br>8.2.  **Day of Posting.** Influencer shall not publish **any other sponsored posts** on Instagram on the day each Deliverable is published without the express approval of Agency.<br><br>(taken together, these conditions shall be referred to as the "**Exclusivity Rules**"). |
| 9. | SPECIAL CONDITIONS | 9.1.  **Compliance.**<br><br>    9.1.1.  Influencer shall, in his/her performance of Services under this Agreement, clearly and conspicuously disclose his relationship with the Client and that Influencer has a material connection (i.e. receipt of payment or other compensation) with the Client, including any hashtags such as #ad or #sponsored as required by the Federal Trade Commission ("**FTC**"). Influencer will not make any false, misleading or deceptive statements about the Client or its products.  Influencers will not make product performance or attribute claims about Client's products without prior written approval of Agency.<br><br>    9.1.2.  Influencer accepts that it is a material term of this Agreement that Influencer performs the Services and creates the Deliverables strictly in accordance with all and any applicable laws, related codes and or guidance, including but not limited to, FTC Guides Concerning Use of Endorsements and Testimonials in Advertising and all related Guidance ("**FTC Regulations**"), including any updates, additions, modifications, or supplemental guidance thereto, and any publication policy or other written instructions provided to Influencer by Agency from time to time. |

Doc ID: c62a139f86c8572e8e29b8f80c549edc7ca384b4

| | |
|---|---|
| | **9.2. Non-Disparagement.** |
| | 9.2.1. During the Term of this Agreement and thereafter, Influencer: |
| | 9.2.1.1. will not make any statement, orally or in writing, publicly or privately, or do any act or otherwise conduct itself in such a manner as will or may, in the reasonable opinion of the Client or Agency, disparage or otherwise reflect unfavorably upon the good name, goodwill, reputation, business or image of the Client or Agency, Client products, or, the Campaign; and |
| | 9.2.1.2. will not, directly or indirectly, publish or permit anyone to publish on Influencer's social media account(s) or website(s) that Influencer controls or owns any content or materials that are defamatory, detrimental or that may otherwise adversely affect Agency or the Client or their business, customer-base or goodwill. |
| | **9.3. Responsiveness.** |
| | 9.3.1. For the duration of the Campaign Term, Influencer shall: |
| | 9.3.1.1. ensure to make himself/herself available to Agency by phone and email and that Agency has up-to-date email and address details for Influencer; and |
| | 9.3.1.2. respond to any voicemail, text message or email communication received from Agency within five (5) business days of receipt. |
| | 9.3.2. In addition to any right of termination of this Agreement provided herein and notwithstanding any other term and without affecting any other right or remedy available to it, Agency reserves the right to terminate this Agreement for Influencer's failure to respond to comply with Deliverables set forth in this Term Sheet. |
| | **9.4. Alteration of the Deliverables Post-Publication.** |
| | 9.4.1. Influencer shall not alter or amend the Deliverable(s) published on the Platform(s) throughout the Term of this Agreement and thereafter, unless Agency expressly instructed otherwise in writing. Influencer acknowledges that such alteration or amendment of the Deliverables shall constitute a material breach of this Agreement. |
| | **9.5. Late Penalty.** Notwithstanding any other term and without affecting any other right or remedy available to it, Influencer's late delivery and/or late publication of the Deliverable(s) will incur a daily penalty of a sum equal to 10% of the Fee unless an alternate Delivery Date or Publication Date has been agreed to by the Parties in writing three (3) days prior to such late delivery or publication. |
| | **9.6. Agent.** If an agent has negotiated and/or entered into this Agreement on behalf of Influencer, it shall be deemed that such agent is authorized to act on behalf of Influencer in all matters connected with this Agreement and to collect all sums payable to Influencer under this Agreement. |
| **10. FEE** | 10.1. Influencer fee shall be paid in US Dollars (USD) in the amount of $__$300_____. |
| **11. PAYMENT TERMS** | 11.1. The Fee shall be paid via Paypal in two installments as follows: |
| | 11.1.1. **First Installment:** 50% of the Fee shall be due within five (5) days from signing this agreement ("**First Payment Due Date**"); and |
| | 11.1.2. **Second Installment:** The remaining 50% of the Fee shall be due within five (5) days from the date on which the last Deliverable is published ("**Second Payment Due Date**"). |
| | 11.2. Payment of the Fee is subject to Agency's receipt of: 1) a completed W-9, W-8, or equivalent |

|  | form and  2) a valid invoice with a valid Paypal email address for each Installment. |
|---|---|
|  | 11.3.   Influencer is to submit forms and invoices via this link: **http://bit.ly/kepayments**. Influencer will be paid within (5) business days from the date on which Agency has received valid form(s) and invoice(s). Any questions regarding payments can be directed to finance@kreyolessence.com. |
|  | 11.4.   Influencer hereby authorizes and directs Client to make all payments due and/or to become due hereunder to Influence  whose receipt shall constitute a full and lawful receipt by Influencer.  Influencer shall be responsible for any withholdings, taxes, agency and/or other fees due on and/or in connection with such total compensation payable hereunder. |

The Parties indicate their acceptance of this Agreement by signing below.

| For and on behalf of Client at **Agency.** | Agreed and accepted by or on behalf of **Influencer.** |
|---|---|
| *Keyonna Sawyer-Jones* | *Madelynne Ross* |
| **Name:** | **Name:** |
| CEO, Bleum | Madelynne Ross |
| **Title:** | **Title:** |
| 10 / 23 / 2019 | 10 / 28 / 2019 |
| **Date:** | **Date:** |



# Audit Trail

| | |
|---|---|
| **TITLE** | Madelynne Ross #KEoil Campaign Agreement |
| **FILE NAME** | _[TEMPLATE] Kreyo...Agreement (2).pdf |
| **DOCUMENT ID** | c62a139f86c8572e8e29b8f80c549edc7ca384b4 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  **10 / 23 / 2019**  Sent for signature to Keyanna Sawyer-Jones
10:09:17 UTC  (keyanna@bleumcreative.com) and Madelynne Ross
(mr@madelynneross.com) from keyanna@bleumcreative.com
IP: 47.232.171.60

**VIEWED**  **10 / 23 / 2019**  Viewed by Keyanna Sawyer-Jones (keyanna@bleumcreative.com)
18:25:32 UTC  IP: 47.232.171.60

**SIGNED**  **10 / 23 / 2019**  Signed by Keyanna Sawyer-Jones (keyanna@bleumcreative.com)
18:30:54 UTC  IP: 47.232.171.60

**VIEWED**  **10 / 28 / 2019**  Viewed by Madelynne Ross (mr@madelynneross.com)
14:12:54 UTC  IP: 76.17.103.199

**SIGNED**  **10 / 28 / 2019**  Signed by Madelynne Ross (mr@madelynneross.com)
15:33:06 UTC  IP: 76.17.103.199

**COMPLETED**  **10 / 28 / 2019**  The document has been completed.
15:33:06 UTC

Powered by HELLOSIGN