UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADELYNNE BOYKIN,<br><br>    Plaintiff,<br><br>v.<br><br>KREYOL ESSENCE INC.,<br><br>    Defendant. | Case No.: 1:22-cv-02489-MHC |

**DEFENDANT KREYOL ESSENCE INC.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Kreyol Essence Inc. ("Defendant") respectfully moves to dismiss the Complaint [ECF No. 1] filed by Plaintiff Madelynne Boykin ("Plaintiff") for failure to state a claim upon which relief may be granted. All of Plaintiff's state-law claims (Counts Three through Fourteen) are preempted by federal copyright law, and Plaintiff's Lanham Act claims (Counts One and Two) fail to plead the elements of those claims. Additionally, to the extent the Court holds that Plaintiff's state-law claims are not preempted by federal copyright law, then Counts Four and Seven through Fourteen fail as a matter of law for many other reasons. Alternatively, Defendant moves under Federal Rule of Civil Procedure 12(f) to strike Counts Seven through Fourteen of the Complaint.

1

The grounds in support of this Motion are set forth in the accompanying Memorandum of Law, filed contemporaneously herewith.

Dated: August 22, 2022

Respectfully submitted,

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwassers@gtlaw.com
**GREENBERG TRAURIG LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212

*/s/ Eva M. Spahn*
Eva M. Spahn (*Pro Hac Vice*)
Florida Bar No. 0092063
spahne@gtlaw.com
Jessica Fishfeld (*Pro Hac Vice Pending*)
Florida Bar No. 1018904
fishfeldj@gtlaw.com
**GREENBERG TRAURIG P.A.**
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Tel: 305-579-0500
Fax: 305-579-0717

***Counsel for Defendant***
***Kreyol Essence Inc.***

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 7.1D.

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of August, 2022.

Respectfully submitted,

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser
