UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADELYNNE BOYKIN,<br><br>    Plaintiff,<br><br>v.<br><br>KREYOL ESSENCE INC.,<br><br>    Defendant. | CASE NO.: 1:22-CV-02489-MHC |

# CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT KREYOL ESSENCE INC.

COMES NOW Steven Rosenwasser, Eva Spahn, and the law firm Greenberg Traurig, LLP (collectively, "Greenberg Traurig") and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Defendant Kreyol Essence Inc. ("Defendant") in this action.

Furthermore, Greenberg Traurig certifies that it has informed Defendant that: (i) the Court retains jurisdiction over this action; (ii) Defendant has an obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served; (iii) no trial date has been set in this action; (iv) failure or refusal to satisfy court-related obligations could result in adverse consequences; (v) no proceedings have been scheduled in this action, but that there may be deadlines in connection

1

with Defendant's pending Motion to Dismiss [ECF No. 11] with which Defendant will need to comply; (vi) Defendant is required to obtain alternate counsel to represent it in this action and, until counsel appears on Defendant's behalf, notices may be served on Defendant at Defendant's last known address. *See* L.R. 83.1(E)(3); L.R. 83.1(E)(2)(b)(B-H).

As evidenced by its signature below, Defendant consents to the requested withdrawal.

*/s/ Y. Momperousse*

Yve-Car Momperousse
Kreyol Essence Inc.


Dated: September 8, 2022                    Respectfully submitted,

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwassers@gtlaw.com
**GREENBERG TRAURIG LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212

*/s/ Eva M. Spahn*
Eva M. Spahn (*Pro Hac Vice*)
Florida Bar No. 0092063
spahne@gtlaw.com
**GREENBERG TRAURIG P.A.**
333 S.E. 2nd Avenue

Suite 4400
Miami, Florida 33131
Tel: 305-579-0500
Fax: 305-579-0717

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 7.1D.

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 8th day of September, 2022.

Respectfully submitted,

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser